1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Renee V. Masongsong, Esq. (Bar No. 281819)
3  rvalentine@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California 91367
   Telephone:  (818) 347-3333
5  Facsimile:   (818) 347-4118

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISHA MALDONADO, individually and as successor in interest to ANDRU MALDONADO, deceased<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; DEPUTY JONATHAN LARSON; DEPUTY MARIA MENDOZA; DEPUTY AUSTIN KEASMAN; DEPUTY RYAN ANDERSON; SERGEANT BRIAN TUNQUE; and DOES 5-10, inclusive,<br><br>Defendants. | Case No. 8:19-cv-00883-FLA-JDE<br><br>[*Hon. Fernando L. Aenelle-Rocha*]<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES** |

NOTICE OF SETTLEMENT

**TO THIS HONORABLE COURT**:

**PLEASE TAKE NOTICE THAT** the parties have reached a settlement as to the entire above-referenced action.  The settlement has been approved by the appropriate authorities.  The parties are working together to finalize the paperwork relating to the settlement.  The parties anticipate that the settlement draft will be issued within approximately the next thirty (30) to sixty (60) days.  Accordingly, the parties, by and through their counsel of record, respectfully request that the Court vacate all pending dates and stay all proceedings in anticipation of the settlement being finalized.  When the paperwork relating to the settlement is signed by all parties and the settlement draft has cleared the bank, the parties will file a formal stipulation of dismissal of the entire action with prejudice.

DATED: March 11, 2021                LAW OFFICES OF DALE K. GALIPO

*/s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff

DATED: March 11, 2021                LYNBERG & WATKINS

By:  */s/ Marlena R. Mlynarska*
S. FRANK HARRELL
JONATHAN C. BOND
MARLENA R. MLYNARSKA
Attorneys for all Defendants