LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (Bar No. 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISHA MALDONADO, individually and as successor in interest to ANDRU MALDONADO, deceased<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; and DOES 5-10, inclusive,<br><br>Defendants. | Case No. 8:19-cv-00883-FLA-JDE<br><br>[*Hon. Fernando L. Aenelle-Rocha*]<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

# **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff Alisha Maldonado, individually and as successor in interest to ANDRU MALDONADO, deceased, and Defendant County of Orange, that the above-entitled action be dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each side is to bear its own fees and costs incurred in this matter.

IT IS SO STIPULATED.

DATED: May 10, 2021            LAW OFFICES OF DALE K. GALIPO

*/s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong[1]
Attorneys for Plaintiff

DATED: May 10, 2021            LYNBERG & WATKINS
                               A Professional Corporation

                        By:    */s/ Marlena R. Mlynarska*
                               S. FRANK HARRELL
                               JONATHAN C. BOND
                               MARLENA R. MLYNARSKA
                               Attorneys for all Defendants

---

[1] Pursuant to local 5-4.3.4, I, Renee V. Masongsong, attest that Marlena R. Mlynarska, counsel for Defendant County of Orange, concurs with the contents of this stipulation of dismissal and has authorized the filing of the same.

-1-
**STIPULATION TO DISMISS CASE WITH PREJUDICE**